IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF WEST VIRGINIA AT CHARLESTON

**PAMELA MAYHEW, BETSEY FARNSWORTH**
on behalf of themselves and others
similarly situated,

    Plaintiffs,

v.   CIVIL ACTION NO. 2:17-cv-03844

**LOVED ONES IN HOME HEALTH CARE, LLC,**
and **DONNA SKEEN,**

    Defendants.

### DEFENDANTS LOVED ONES IN HOME CARE, LLC AND DONNA SKEEN'S RESPONSE TO MOTION FOR FINAL *FSLA* CLASS CERTIFICATION

    The Plaintiffs' motion for final certification is premature because there is no viable case that complies with the requirements of 29 U.S.C. §§216, 256 currently pending as 2:17-cv-3844. Case 2:17-cv-3844 is currently subject to a motion to dismiss, i.e. Document 237, which motion is now ripe for decision because it has been fully briefed.

    **Wherefore, Defendants pray that this Honorable Court grant the previously filed motion to dismiss (Document 237) and *per force* dismiss this Motion for Final *FLSA* certification.**

                                                          Respectfully submitted,
                                                          Defendant, by counsel

/s/*Richard Neely*
Richard Neely (W. Va. State Bar # 2709)

Michael O. Callaghan
Charles W. Neely
**NEELY & CALLAGHAN**
159 Summers St.
Charleston, WV 25301-2134
304-343-6500
RNeely@NeelyCallaghan.com

## CERTIFICATE OF SERVICE

I, Richard Neely, do hereby certify that on the 16th day of December, 2018, I caused the foregoing Motion to Dismiss Plaintiffs' Motion for Class Certification for Failure to Have a Viable Underlying Case to be served upon the following counsel of record, namely:

Mark A. Toor, Esq.
10 Hale Street, Second Floor
Charleston, WV 25301

John Hussell
Andrew L. Ellis
WOORTON, DAVIS, HUSSEL & ELLIS
P.O. Box. 3791
Charleston, WV 25339
Drew.ellis@WVdhe.com

by filing said motion electronically with the Clerk of the U.S. District Court who will transmit the documents to counsel electronically using the CM/ECF filing system.

/s/*Richard Neely*