```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**PAMELA MAYHEW, BETSY FARNSWORTH,**
on behalf of themselves and others
similarly situated,

    Plaintiffs,

v.                                    Civil Action No. 2:17-cv-03844

**LOVED ONES IN HOME CARE, LLC,**
and **DONNA SKEEN,**

    Defendants.

## ORDER

Having received the "Plaintiffs' Second Supplemental Final Report of Settlement Disbursements," filed July 24, 2020, and it appearing that all settlement payments have been concluded except for the two plaintiffs noted in the court's July 2, 2020 order, of which Ashley Penczek has confirmed receipt of her settlement check of $133.02, and the other remaining plaintiff, with a claim of $4.32, Paula Camp, being unlocatable, it is ORDERED that:

1. Plaintiffs' Second Supplemental Final Report of Settlement Disbursements be, and it hereby is approved; and

2. This action be, and it hereby is, dismissed and retired from the court's docket.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: July 27, 2020

_____
John T. Copenhaver, Jr.
Senior United States District Judge